Robert K. Stafford and Another v. New York Life Insurance Company, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

Hyman D. Baker and Others v. Waldorf-Astoria Realty Corporation of New York and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of Frank O. Burridge, Deceased. In the Matter of Anna B. Burridge, Deceased. In the Matter of the Application of Harry Chain Bassler, Ancillary Administrator, etc., of Anna B. Burridge, Deceased, to Compel Setting Aside and Payment of or Delivery, etc., of Widow's Exemption by Herbert C. Smyth, Temporary Administrator of Frank O. Burridge, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

William Lansing, Jr., v. Longacre Engineering and Construction Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Max Randall v. Joseph Rosenberg. George Chryssikos. Sylvia Jacobs and Another. Max Randall v. Jacob Rosenberg, Impleaded with George Chryssikos. Sylvia Jacobs and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Waitt Operating Co., Inc., for an Order of Certiorari against Henry L. Connell and Others, and Carpenter-Madison Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property that Shall or May Be Required for the Widening of Chrystie Street, from Canal Street to East Houston Street; Forsyth Street, from East Broadway to East Houston Street; Hester Street, Broome Street, Rivington Street and Stanton Street, Together with the Additional Lands to Be Acquired in Connection Therewith, in the Borough of Manhattan, City of New York.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Schering & Glatz, Inc., v. American Pharmaceutical Company, Inc., and Philip Kachurin, Impleaded with The Chemical Foundation, Incorporated. — Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [See ante, p. 315.]